JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SANDRA IRENE DUFFY,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF VICTORVILLE CAMP FCI MEDIUM, I,<br><br>Respondent. | Case No. 2:23-cv-05702-PA-JDE<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: August 18, 2023

_____
PERCY ANDERSON
United States District Judge